UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

LOUIS VUITTON MALLETIER, S.A.,

        Plaintiff,

   v.

HYUNDAI MOTOR AMERICA,

        Defendant.

No. 10 Civ. 1611 (PKC)

**NOTICE OF DEFENDANT HYUNDAI MOTOR AMERICA'S
MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Hyundai Motor America's Motion for Summary Judgment, the Declarations of Jeff Spiegel, Dr. Jacob Jacoby, Dr. Yoram (Jerry) Wind, and Julie B. Shapiro, and the exhibits thereto, and Defendant's Statement Pursuant to Local Rule 56.1 in Support of Defendant's Motion for Summary Judgment, the undersigned will move before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED: New York, New York<br>July 22, 2011 | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP |

By: *Robert Raskopf* /JBS
Robert L. Raskopf
   robertraskopf@quinnemanuel.com
Angela L. Harris
   angelaharris@quinnemanuel.com
Julie B. Shapiro
   julieshapiro@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Defendant Hyundai Motor America*