2010 Cease and Desist Letters in Response to Customs Seizure Notices        Page 1 of 10

| # | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 1 | 99 LOGISTICS, INC. | 12123 BARRINGER ST. | SOUTH EL MONTE, CA 91733 | 167 |
| 2 | ADISON YAGO | 1425 KAMEHAMEHA IV ROAD | HONOLULU, HI 96819 | 1 |
| 3 | ALEX TOKAR | 14929 BLACK WOOD LANE | WHITE ROCK, V4B2A8 | 1 |
| 4 | ALIOU NDIAYE | 224 OCEAN DRIVE, APT. 112 | BATON ROUGE, LA 70806 | 4 |
| 5 | AMADOU KANE | 1761 MCCLELLAND AVE., #5 | ATLANTA, GA 30344 | 10 |
| 6 | AMY VUU | 438 7TH STREET | OAKLAND, CA 94607 | 67 |
| 7 | ANDREA CANTANO | 1710 OLD CANTAN ROAD | MARIETTA, GA 30062 | 5 |
| 8 | ANDREW ANDERSON | 5992 GREGORY STREET | SAN BERNARDINO, CA 92407 | 6 |
| 9 | ANGELA JACKSON | 3443 HOLMES STREET | KANSAS CITY, MO 64109 | 4 |
| 10 | ANY GOSS | 37 EAST BROADWAY | NEW YORK, NY 10002 | 42 |
| 11 | ASHA ABDULAHI AHMED | 3254 CLEVELAND AVENUE | COLUMBUS, OH 43224 | 24 |
| 12 | BABA BARO | 1309-5TH STREET N.E. | WASHINGTON, GEORGIA, 3102122 | 22 |
| 13 | BRYDES CLARK | 1047 MURCHISON ROAD, APT. 116 | FAYETTEVILLE, NC 28301 | 1 |
| 14 | CHEIKH KANE | 11888 OLD HAMMOND HWY 76 | BATON ROUGE, LA 70816 | 27 |
| 15 | CHERNO | 2660 GODBY RD. | COLLEGE PARK, GA 30349 | 27 |
| 16 | CHI CHI EXPORT | 624 SOUTH HWY SH 36, 2ND FL | HIDALGO, TEXAS 78557 | 9,948 |
| 17 | D. TINNES | 75 WALDON RD. | FANWOOD, NJ 07023 | 2 |
| 18 | DAIMON JACKSON | 3057 NORTH 36TH ST. | MILWAUKEE, WI 53210 | 4 |
| 19 | DEANN ACOSTA | 9501032 KAHAKUHI STREET | MILILANI, HI 96789 | 7 |
| 20 | EDUARDO GARZA | 1418 SAUNDERS | LAREDO, TX 78041 | 1 |
| 21 | ERIKA MANZO | 441 N. GRAND AVE. | NOGALES, AZ 85621 | 17 |
| 22 | ESMEAL SHERIFF | 6013 DELTA CROSSING LN. | CHARLOTTE, NC 28212 | 10 |
| 23 | FIRST CHOICE SALES INC. | 538 LARKFIELD RD. | EAST NORTHPORT, NY 11731 | 3,780 |
| 24 | GULEE GULEE | 1761 MCCLELLAND AVE., #5. | ATLANTA, GA 30344 | 60 |
| 25 | HAPPTY FOREST INT'L INC. | 4573 SHEILA ST. | COMMERCE, CA 90040 | 51,300 |
| 26 | HHE YONG | 222 W. 22ND PLACE | CHICAGO, IL 60616 | 50 |
| 27 | HIMEX CO., INC. | 1220 S. MAIN ST. | LOS ANGELES, CA 90015 | 9600 |
| 28 | HULEE HULEE | 108-11 44TH AVENUE | CORONA, NY 11368 | 60 |
| 29 | JALLO GALLO | MCKEEVER PL, A7 F | BROOKLYN, NY 11225 | 1 |
| 30 | JASON VENTURA | 6514 94TH CT. | KENOSHA, WI 53142 | 4 |
| 31 | JOHN FORD | 1393 W. RAMOLA ST. | KAYSVILLE, UT 84037 | 1 |
| 32 | JONATHAN YIU | 16048 SILVER LEAF DRIVE | SAN LORENZO, CALIFORNIA 94580 | 49 |
| 33 | JUN PACKING MATERIAL CO. LTD. | 135-1237 FLUSHING AVE., #1B | FLUSHING, NY 11354 | 46 |
| 34 | KEEPER HOLDINGS INC. | 235 E. 13TH STREET, APT 6G | NEW YORK, NY 10003 | 3315 |
| 35 | KEVIN BOLEWARE | 315 EAST CLINTON STREET | JACKSON, ALABAMA 36545 | 1 |
| 36 | KIM DILLARD | 440 GOLDFINCH DR. | FARMINGTON, AR 72730 | 1 |
| 37 | LI HONG WEI | 33 MARKET ST. | NEW YORK, NY 10002 | 77 |
| 38 | LI WEI | 98 MONROE ST. #36 | NEW YORK, NY 10002 | 65 |
| 39 | LINETTE CRAIL | 53-035 HAUULA PLACE | HONOLULU, HI 96717 | 2 |
| 40 | LING WANG | 9203 S. HWY | HOUSTON, TX 77083 | 42 |
| 41 | LUIS AVILA | 1450 CATERPILLAR ROAD | MISSISSAUGA, ONTARIO, CANADA L4X2H1 | 1 |
| 42 | MARK KOBECK | 5100 RALEIGH LAGRANGE RD. | MEMPHIS, TN 38134 | 5 |
| 43 | MIKE KRAGEN | 132 58TH AVE. | WOODSIDE, NEW YORK 11355 | 310 |
| 44 | MONICA MAC | 311-4725 SHEPPARD AVE. EAST | SCARBOROUGH, ON, CANADA M1S5B2 | 181 |
| 45 | MR. JULIUS BAKARI | 13152 KARA LANE | SILVER SPRING, MD 20904 | 2 |
| 46 | MTC MARKETING, INC. | 11272 LEO LANE | DALLAS, TX 75229-4714 | 420 |
| 47 | NANCY WISSA | 443 ETHAN DRIVE | WESTLAND, MI 48185 | 8 |
| 48 | NEERAZ PATEL | 9500 WEST ROAD, APT. 2206 | HOUSTON, TX 77064 | 1 |
| 49 | OLAKUOLIE OLA AKINYODE | 12804 WILLOW MARSH LN. | BOWIE, MD 20720 | 3 |
| 50 | PAUL CHAN | 261 DOVER COURT RD. | TORONTO, ON, CANADA M6t3C9 | 191 |

Louis Vuitton Intellectual Property Department

LOUV02335

| # | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 51 | PAUL CHAN | 261 DOVER COURT RD. | TORONTO, ON, CANADA M6I3C9 | 11 |
| 52 | RAFIAT ORISAJOBI | 2500 PARK VILLAGE, APT. 602 | ARLINGTON, TEXAS 76014 | 3 |
| 53 | RICOHN ENTERPRISES LTD. | 12612 HWY 50, APT. 12-B | BOLTON, ONTARIO L7E 1T6 | 11 |
| 54 | RONALD BOHACHEFF | 2500 W. SUMMIT AVE. | WAUKESHA, WI 53188 | 1 |
| 55 | SAMMY NG | 61 BONITA ST., NO. 1 | SAN FRANCISCO, CALIFORNIA 94109 | 152 |
| 56 | SANDRA SOBERANIS | 148-309 ESTATE TUTU ST. | THOMAS, V.I. 00802 | 3 |
| 57 | SERGINE AMAR | 24 SOMERSET TERRACE COURT | ST. LOUIS, MISSOURI 63136 | 25 |
| 58 | SEYDOUM CHAM | 1919 METROPOLITAN PARKWAY SW, BOOTH B14 | ATLANTA, GEORGIA 30315 | 24 |
| 59 | SHANNON KASOW | 215 LAKE POINTE DRIVE, APT. 113 | OAKLAND PARK, FL 33309 | 20 |
| 60 | SHAO WEN CUI | 1559 TUNNE AVE. | SAN FRANCISCO, CA 94134 | 300 |
| 61 | SYTHA SECH | 3129 EASTRIDGE DRIVE | HALTHOM CITY, TEXAS 76117 | 39 |
| 62 | UNLIMITED TRADING GROUP | 519 CAPOBIANCO PLAZA | RAHWAY, NJ 07065 | 2000 |
| 63 | XIAO MING CHEN | 52 E. BROADWAY, APT. PMB | NEW YORK, NY 10002 | 49 |
| 64 | YUKI | 73 EMPRINGHAM CRES MARKHAM | JOHNSTOWN, CANADA L3R 3E9 | 36 |
| 65 | YUKI | 73 EMPRINGHAM CRES MARKHAM | JOHNSTOWN, CANADA L3R 3E9 | 11 |
| 66 | YVONNE PREVOST | 5002 PARKTON ST. | BALTIMORE, MD 21229 | 1 |
| 67 | ZHEN YING | 56 WATEHY ST., #6 | NEW YORK, NY 10009 | 77 |
| 68 | ABDOULIE MAGANERA | P.O. BOX 16774 | ATLANTA, GA 30321 | 70 |
| 69 | ASSOUM MOUMOU | 1919 METROPOLITAN PARKWAY | ATLANTA, GA 30315 | 31 |
| 70 | ASSOUM MOUMOU | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 22 |
| 71 | ASSOUM MOUMOU | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 22 |
| 72 | BABACAR | 3630 OAK HOLLOW CIRCLE | MEMPHIS, TN 38116 | 13 |
| 73 | BABACAR GNING | 3630 OAK HOLLOW CIRCLE, #101 | MEMPHIS, TN 38116 | 17 |
| 74 | BABO BARO | 1309 5TH STREET NE UNIT | WASHINGTON, AL 36053 | 13 |
| 75 | CHANTHA KONG | 2744 14TH AVENUE | OAKLAND, CA 94606 | 17 |
| 76 | D & B INTERNATIONAL | 1037 ZEREGA AVENUE | BRONX, NY 10462-5401 | 737 |
| 77 | DALANE MOREHEAD | 1108 CALHOUN ST. | EVANSDALE, IA 50707 | 28 |
| 78 | EMMA WISWELL | 264 J.S. EDWARDS DR. | BYRON, GA 31008 | 6 |
| 79 | GOSPEL EXPRESS | 2472 MLK JR. DR. | ATLANTA, GA 30311 | 39 |
| 80 | GRAMTER INTERNATIONAL COMPANY, LTD. | 148 DOUGHTY BOULEVARD, SUITE 220 | INWOOD, NY 11096 | 1370 |
| 81 | GREAT WORKS OF CHINA | 4001 S. VIRGINIA STREET | RENO, NEVADA 89502 | 203 |
| 82 | GREAT WORKS OF CHINA | 4002 S. VIRGINIA ST. | RENO, NV 89502 | 13 |
| 83 | GREAT WORKS OF CHINA | 4001 S. VIRGINIA STREET | RENO, NEVADA 89502 | 36 |
| 84 | GREAT WORKS OF CHINA | 4001 S. VIRGINIA STREET | RENO, NEVADA 89502 | 307 |
| 85 | H WARRINER | 3202 LAKE TERRACE DRIVE | MARTINSVILLE, IN 46151 | 79 |
| 86 | HA THI TUOI | 49 STANWELL DRIVE | BRAMPTON, ONTARIO, CANADA L6Z3Y8 | 5 |
| 87 | HARRISON | 23 ALAFAYA WOODS BLVD. #208 | OVIEDO, FL 32765 | 81 |
| 88 | JERRY FL TRADING, INC. | 8460 N.S. 72 STREET | MIAMI, FL 33166 | 60 |
| 89 | JERRY LIU TRADING, INC. | 125 JACKSON AVENUE | EDISON, NJ 08837 | 60 |
| 90 | JERRY LIU TRADING, INC. | 125 JACKSON AVENUE | EDISON, NJ 08837 | 57 |
| 91 | JUN | 135-12 37TH AVENUE, #113 | FUSHING, NY 11354 | 65 |
| 92 | JUNALYN MARTINEZ | COLONY GARDEN LEASING OFFICE, 2250 EAST MISSOURI AVENUE | LAS CRUCES, NM 88001 | 6 |
| 93 | JUNE MAYER | 4224 LON LEAF LINE | FORT WORTH, TX 76137 | 3 |
| 94 | KABINE BANGURA | 1300 SOUTH WEST CAMPUSE DR. | FEDERAL WAY, WA 98023 | 1 |
| 95 | KC BOUTIQUE | 4515 VILLAGE FAIR DRIVE C25 | DALLAS, TX 75224S | 32 |
| 96 | KIMBERLY FRYE | 6 HIGHTRAIL WAY | AUSTIN, TX 78738 | 1 |
| 97 | KIRA PRINCE | 550 TWIN LAKES DRIVE | DE FUNIAK SPRINGS, FL 32433 | 1 |
| 98 | LANA POTOCNJAK | 3409 HUMMINGBIRD | MCALLEN, TX 78504 | 1 |
| 99 | LESLIE SHERMAN | 505 EDGEFIELD ST. | BRENTWOOD, CA 94513 | 2 |
| 100 | MAKROUD MOUNA | 1218 46 EME AVENUE | MONTREAL, PQ H1A3Z5 CANADA | 4 |
| 101 | MANUEL CALDERA | 315 HADLEY ST., #2323 | HOUSTON, TX 77002 | 3 |

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 102 | MELANIE LARA | 2827 NIHI ST. | HONOLULU, HI 96819 | 7 |
| 103 | MELISSA LI | 37 EAST BROADWAY PMB 878 | NEW YORK, NY 10002 | 25 |
| 104 | MELISSA LI | 37 EAST BROADWAY PMB 878 | NEW YORK, NY 10002 | 5 |
| 105 | MIKE | 132-16 58TH AVENUE, LEFT DOOR | FLUSHING, NY 11355 | 67 |
| 106 | MINI WORLD FASHION, LLC | 5078 W. COLONIAL DR. | ORLANDO, FL 32808 | 1 |
| 107 | MOUNTAIN INTERNATIONAL, INC. | 900 CIRCLE 75 PARKWAY SE, SUITE 1310 | ATLANTA, GA 30339 | 2400 |
| 108 | N & S, LLC | 2709 VIA CIPRIANI DR. | CLEARWATER, FL 33760 | 1 |
| 109 | N & S, LLC | 2709 VIA CIPRIANI DR. | CLEARWATER, FL 33760 | 1000 |
| 110 | NATIONAL STONE WORLD | 1311 COLLEGE STREET | CLARKSVILLE, TN 37040 | 50 |
| 111 | NEW U CLOTHING STORE | 207 EAST SUPERIOR STREET | DULUTH, MN 55802 | 21 |
| 112 | NICOLE BARGE | 2508 LINDEN AVE. | SOUTH PLAINFIELD, NJ 07080 | 7 |
| 113 | OK WHOLESALE, INC. | 1303 VETERANS MEMORIAL HWY | MABLETON, GA 30126 | 405 |
| 114 | OK WHOLESALE, INC. | 1303 VETERANS MEMORIAL HWY | MABLETON, GA 30126 | 108 |
| 115 | OK WHOLESALE, INC. | 1303 VETERANS MEMORIAL HWY | MABLETON, GA 30126 | 186 |
| 116 | OK WHOLESALE, INC. | 1303 VETERANS MEMORIAL HWY | MABLETON, GA 30126 | 489 |
| 117 | OSMAN SON | 1 DEWW PLAZA #6999 | NEW YORK, NY 10001 | 19 |
| 118 | PILAR BHATIA | 6856 ST. ALBANS RDT. | MCLEAN, VA 22101 | 31 |
| 119 | RICOHN ENTERPRISES LTD. | 12612 HWY 50, APT. 12-B | BOLTON, ONTARIO L7E 1T6, CANADA | 59 |
| 120 | RONAL CARBALLO | 2001 TAPATIO STREET SE | RIO RANCHO, NM 87124 | 8 |
| 121 | SAMMY NG | 61 BONITA ST., #1 | SAN FRANCISCO, CA 94109 | 15 |
| 122 | SERTION ELIAS ES | 2200 JEFFERSON, SUITE A | LAREDO, TX 78040 | 144 |
| 123 | SHIRAZ DHALLA | 8858 SHEPPARD AVENUE E | SCARBOROUGH, ONTARIO M1B 6G9 | 14 |
| 124 | SHUFORD CRYSTAL | 801 N. 12TH STREET | PHILADELPHIA, PA 19123 | 171 |
| 125 | SOUHAYLA DENHA | 1350 ORCHARD RIDGE | BLOOMFIELD HILLS, MI 48304 | 23 |
| 126 | STEVE GILBERT | 3650 BURKE ROAD, #317 | PASADENA, TX 77504 | 11 |
| 127 | SUM TIM NG | 1554 VALLEJO ST. | SAN FRANCISCO, CA 94109 | 46 |
| 128 | THE FLAG CENTER | 5404 DISTRIBUTOR DRIVE | RICHMOND, VA 23225 | 23,050 |
| 129 | TOTAL LIQUIDATION CENTER | 10902 N. FREEWAY | HOUSTON, TX 77037 | 46 |
| 130 | TOTAL LIQUIDATION CENTER | 10902 N. FREEWAY | HOUSTON, TX 77037 | 70 |
| 131 | WILLIAM OCARIZA | 2827 NIHI ST. | HONOLULU, HI 96819 | 8 |
| 132 | YOON HAESOON | 2905 TOWNHOUSE DRIVE | CORAM, NEW YORK | 8 |
| 133 | YUN SIL YUN | 5798 AMELIA SPRINGS CIR. | HAYMARKET, VA 20169 | 71 |
| 134 | AMY LAM | 1815 205TH ST., #212 | TORRANCE, CA 90501 | 1220 |
| 135 | ANGELINO AGUILAR | 54-201 HANAIMOA STREET | HAUULA, HI 96717 | 42 |
| 136 | ARLIANA MOUTON | 218 FLEETWAY DRIVE | HOUSTON, TX 77024 | 17 |
| 137 | BRYDES CLACK | 1047 MURCHISON ROAD | FAYETTEVILLE, NC 28301 | 1 |
| 138 | C&P ENTERPRISE, INC. | 4811 W. DESERT INN ROAD | LAS VEGAS, NV 89102 | 4,320 |
| 139 | CARIDAD TALLEDO LEE | 550 OLSEN ROAD | LONGVIEW, WA 98632 | 1 |
| 140 | CHEN HUI LIN | 14019 SW FWY 301 | SUGERLAND, TX 77478 | 37 |
| 141 | DEDIE INC. | 351 WYOMING AVE. | NORTH MASAPEQUA, NY 11758 | 9,800 |
| 142 | EIC INDUSTRY GROUP CORP. | 53 GREEN POND ROAD #3 | ROCKAWAY, NJ 07866 | 4,680 |
| 143 | EIC INDUSTRY GROUP CORP. | 53 GREEN POND ROAD #3 | ROCKAWAY, NJ 07866 | 18,975 |
| 144 | JOSE MONTALVAN | 2905 NW 87 AVENUE | DORAL, FL 33172 | 6 |
| 145 | JOSE MONTALVAN | 2905 NW 87 AVENUE | DORAL, FL 33172 | 8 |
| 146 | JOSELITO BAJA | 34 NED COURT | SEWAREN, NJ 07077 | 8 |
| 147 | KANE FASHION INC. | 2975 HEAD DRIVE | ATLANTA, GA 30311 | 28 |
| 148 | KBM | 1120 W. FLORISSANT AVE. P.O. BOX 141 | FLORISSANT, MO 63033 | 44 |
| 149 | KEVIN MCKINLEY | 3780 GREENLAND ROAD | JOHNS ISLAND, SC 29455 | 13 |
| 150 | KIENG | 3417 W. NATIONAL AVE. | MILWAUKEE, WI 53215 | 6 |

Louis Vuitton Intellectual Property Department

LOUV02337

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 151 | LIQUIDATION SALES COMPANY LLC ATTN: YOEGNI MORENO/JULIO FRISALES | 4800 NW 79TH AVENUE, #10 | DORAL, FL 33166 | 137 |
| 152 | LUCAS FON | 5207 MELWOOD PARK AVE. | UPPER MARLBORO, MD 20772 | 11 |
| 153 | MATTHEW PARK | 8079 HIGH CASTLE RD. | ELLICOTT CITY, MD 21043 | 2 |
| 154 | PAMELA VANDERWEELE | 9150 SEAL POINT CIRCLE | ACHORAGE, AK 99508 | 15 |
| 155 | RHONDA GRANT | 4009 EMERSON WAY | VALDOSTA, GA 31605 | 3 |
| 156 | SANG M. NGUYEN | 1741 ELENI COURT | VIRGINIA BEACH, VA 23453 | 71 |
| 157 | UNICA ACCESSORIES INC. | 29 W 30TH STREET SUITE 801 | NEW YORK, NY 10001 | 4,800 |
| 158 | VICTORIA REMBACK | 20 BRUCE CIRCLE | NORTH HAWTHORN WOODS, IL 60047 | 4 |
| 159 | VICTORIA REMBACK | 20 BRUCE CIRCLE | NORTH HAWTHORN WOODS, IL 60047 | 7 |
| 160 | XUAN THIEU | 664 E. MAIN ST. | WAYNESBORO, PA 17268 | 36 |
| 161 | YAN SUN | 23110 STATE ROAD 54 | LUTZ, FL 33549 | 3 |
| 162 | ABOV ANNE | 2712 EAST TOWERS APT 413 | CINCINNATI, OH 45238 | 4 |
| 163 | ALGER COMPANY INC. | 8690 NATIONAL BLVD | CULVER CITY, CALIFORNIA 90232 | 6180 |
| 164 | ALI RAZA KUGSHIA | 13738 HARTFORD CT. | SUGAR LAND, TX 77478 | 300 |
| 165 | AMBER LIVERON | 6860 GULFPORT BLVD | ST. PETERSBURG, FL 33707 | 31 |
| 166 | AMERICAN SECURITY PRODUCTS | 11925 PACIFIC AVE. | FONTANA, CALIFORNIA 92337 | 1460 |
| 167 | BARBARA RUSTIN | 8606 BAINBRIDGE CT. | CLINTON, MARYLAND 20735 | 30 |
| 168 | BAU THI GREEN | 112 SIMPSON CT. | RAEFORD, NORTH CAROLINA 28376 | 4 |
| 169 | BEAUTY ZONE | 4615 NATURAL BRIDGE | ST. LOUIS, MO 63115 | 39 |
| 170 | BETTY LAM | 609 AVE Y | BROOKLYN, NY 11235 | 1 |
| 171 | FASH OLAKANMI | 250 EAST HIGHWAY 67, DUNCANVILLE, APT. 5204 | DALLAS, TEXAS 75137 | 28 |
| 172 | FRANSICO MENDIOLAR | 827 UNION PACIFIC BLVD. | LAREDO, TEXAS 78045 | 49 |
| 173 | GEORGE LEE | MASTERPIECE INTERNATIONAL LTD. | ELK GROVE, ILLINOIS | 864 |
| 174 | GERALDINE MCBRIDE | 32 AGHNATRISK ROAD | HILLSBOROUGH, GB BT26 | 1 |
| 175 | GERALDINE MCBRIDE | 32 AGHNATRISK ROAD | HILLSBOROUGH, GB BT26 | 1 |
| 176 | GREEN HILLS FURNITURE | 13708 NORTHERN BLVD. | FLUSHING, NEW YORK 11354 | 8640 |
| 177 | GREEN HILLS FURNITURE | 13708 NORTHERN BLVD. | FLUSHING, NY 11354 | 7000 |
| 178 | HERITAGE SIGN AND DISPLAY | 344 INDUSTRIAL ROAD | NESQUEHONING, PA 18240 | 200 |
| 179 | J. ALEXANDER | 1075 COLBY AVE. | ST. LOUIS, MO 63130 | 37 |
| 180 | JEFF EASTHAM | 3948 STATE ROUTE 7 | CHESAPEAKE, OHIO 45619 | 4 |
| 181 | JEFF EASTHAM | 3948 STATE ROUTE 7 | CHESAPEAKE, OHIO 45619 | 5 |
| 182 | LEE INTERNATIONAL TRADE LLC | SUITE B, 1001 ARMSTRONG BLVD. | KISSIMMEE, FLORIDA | 864 |
| 183 | LEONARD GRAY | 4986 CEDAR VIEW RD. | MEMPHIS, TN 38118 | 12 |
| 184 | LO DAO | 1013 BLACK WALNUT TRAIL | PENSACOLA, FLORIDA 32514 | 2 |
| 185 | LORI NICOLO | 23423 U.S. HIGHWAY 59 NORTH, NO. 1706 | KINGWOOD, TX 77339 | 26 |
| 186 | LUXURY SALON AND SPA | 1825 SE 164TH AVE., SUITE 119 | VANCOUVER, WA 98683 | 19 |
| 187 | MAGATTE SARR | 195 MARKET ST. | NEWARK, NJ 07102 | 52 |
| 188 | MARIA LETICIA RODRIQUEZ | 16742 ALWOOD STREET | LA PUENTE, CA 91744 | 35 |
| 189 | MARLENE DREIFKE, | W3647 STATE ROAD 16 | RIO, WI 53960 | 1 |
| 190 | MITCH THE MAN FAMILY OUTLET | 1200 MARTIN LUTHER KING HIGHWAY, SUITE 300 | LAKE CHARLES, LA 70601 | 18 |
| 191 | MODESTO PENA | 5021 BUFFALO AVENUE #2 | SHERMAN OAKS, CALIFORNIA 91423 | 1 |
| 192 | MONICA MILLER | 4657 N. 30TH STREET | MILWAUKEE, WI 53209 | 14 |
| 193 | NATHAN GAL | P.O. BOX 8748 | HONOLULU, HAWAII 96830 | 10 |
| 194 | PATRICIA DYBDAL | 1292 STATE ROAD 175 | HUBERTUS, WI 53033 | 1 |
| 195 | RICHARD WESLEY CARTER | 181 WINDTREE ROAD | LUMBER BRIDGE, NORTH CAROLINA 28357 | 2 |
| 196 | SAIKAL NIEDBALKA | 8444 W. WILSON AVENUE, APT 405 | CHICAGO, ILLINOIS 60656 | 4 |
| 197 | SALIOU NDIAYE | 5455 WALNUT BEND | INDIANAPOLIS, IN 46264 | 9 |
| 198 | SHEKEIDA PORTER | 4249 LINECREST LANE | ELLENWOOD, GA 30294 | 2 |
| 199 | STEVE ANTHONY | 615 DEERFIELD DR. | MARTINSVILLE, IN 46151 | 29 |
| 200 | SUPERIOR COMMUNICATIONS INC. | 5027 IRWINDALE AVE #900 | IRWINOALE, CALIFORNIA 91706 | 8029 |

Louis Vuitton Intellectual Property Department

LOUV02338

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 201 | TATTIANA DOMINICI | 747 SISEAH AVE. | MILWAUKEE, WI 53215 | 1 |
| 202 | THOMAS BRETTI | 7200 N.W. 2ND AVENUE | BOCA RATON, FLORIDA 33487 | 15 |
| 203 | UNIBRANDS COMMODITIES INC. | 713 WEST DUARTE ROAD, SUITE G148 | ARCADIA, CALIFORNIA 91007 | 109 |
| 204 | YAN MEI YENG | 2815 S. HAYES STREET | CHICAGO, IL 60608 | 15 |
| 205 | YAN MEI YENG | 2815 S. HAYES STREET | CHICAGO, IL 60608 | 12 |
| 206 | TONY WANG | 41-70 MAIN ST. B3-28 | FLUSHING, NY 11355 | 40 |
| 207 | TOM LEI | 265 BOWERY 5LC | NEW YORK, NY 10002 | 51 |
| 208 | RODRIGO DIZON | 2407 8TH ST. | COUNCIL BLUFFS, IA 51501 | 27 |
| 209 | PATRICK WHITE | 611 S. FT. HARRISON AVE. | CLEARWATER, FLORIDA 33704 | 20 |
| 210 | ROBERT LEWIS | 3458 E. VIA PALOMA CULIPAVA | TUCSON, AZ 85718 | 13 |
| 211 | MSM INTERNATIONAL CORP. | 1718 POTRERD AVE. | SOUTH EL MONTE, CA 91733 | 2400 |
| 212 | MONTREL ALLEN | 8126 TAVENOR | HOUSTON, TX 77075 | 1 |
| 213 | MONTREL ALLEN | 8126 TAVENOR | HOUSTON, TX 77075 | 27 |
| 214 | MELISSA SCOTT | 298 WATER ST. | NEW YORK, NY 10002 | 70 |
| 215 | LIU DAN | 29 ESSEX 6M | NEW YORK, NY 10002 | 48 |
| 216 | KANE | 2975 HEADLAND DR. #E3 | ATLANTA, GA 30311 | 34 |
| 217 | JEFF EASTHAM | 3948 STATE ROUTE 7 | CHESAPEAKE, OH 45619 | 5 |
| 218 | JASON CARDONA | 5008 W. LINEBAUGH AVE. | TAMPA, FL 33624 | 32 |
| 219 | JASON CARDONA | 5008 W. LINEBAUGH AVE. | TAMPA, FL 33624 | 73 |
| 220 | JACK MO | 137 HENRY ST. | NEW YORK, NY 10002 | 55 |
| 221 | HONGYI CHEN | 13014 N. DALE MABRY HWY | TAMPA, FL 33618 | 70 |
| 222 | EVERETTA DAYS | 1639 ROGERS CROSSING | LITHONIA, GA 30058 | 11 |
| 223 | DAVID ROSE | P.O. BOX 8832 | ST. THOMAS, VI 00801 | 1 |
| 224 | BEVERLY CLARKE | 2369 KRONPRINDSENS GADE ST. | THOMAS, VI 00802 | 4 |
| 225 | AMBER LIVERON | 6860 GULFPORT BLVD., | ST. PETERSBURG, FL 33707 | 77 |
| 226 | YANG CHUMMING | 3325 S. MACDILL AVE. | TAMPA, FL 33629 | 44 |
| 227 | YAN MEI YENG | 2815 S. HAYES ST. | CHICAGO, IL 60608 | 1 |
| 228 | WANG FANG | 5470 E. BUSCH BLVD., | TAMPA, FL 33611 | 75 |
| 229 | TRISTIAN BROOKS | 9509 STONEHAVEN DRIVE | SHREVEPORT, LA 71118 | 16 |
| 230 | AMADOU BARRY | 1763 BOULEVARD E. PROVINCE | BATON ROUGE, LA 70816 | 22 |
| 231 | AMANDA XU | 531 7TH AVE 1 FL | BROOKLYN, NY 11220 | 30 |
| 232 | BBS | 802 6TH AVE. | NEW YORK, NY 10001 | 2002 |
| 233 | BILLY LIN | 37 EAST BROADWAY PMB 2646 | NEW YORK, NY 10002 | 28 |
| 234 | CARLOS IMERY | 2107 SUNBEND FALLS | SAN ANTONIO, TX 78224 | 18 |
| 235 | CHARLES REDD | 6350 MESSINA COURT | PALMDALE, FL 36053 | 2 |
| 236 | CHARR | 141-08 56TH AVE. | NEW YORK, NY 11355 | 84 |
| 237 | D&C HANDBAGS | 9880 HARWIN DRIVE | HOUSTON, TX 77036 | 1210 |
| 238 | DAVID WANG | 37 EAST BROADWAY PMB | NEW YORK, NY 10002 | 60 |
| 239 | DRAMANE | 2660 GODBY RD. BOOTH, E8B COLLEGE PARK | ATLANTA, GA 30349 | 13 |
| 240 | ELEONORA CHEN | 37 EAST BRDADWAY 111 | NEW YORK, NY 10002 | 37 |
| 241 | FELIX MARTE | 7801 NW 37TH ST. | MIAMI, FL 33166 | 61 |
| 242 | FSL SHIPPING | 18-02 131ST ST. | COLLEGE POINT, NY 11356 | 791 |
| 243 | GARNER HARA | 5323 7TH AVE. 2 FL | BROOKLYN, NY 11220 | 50 |
| 244 | HAL ULUCAN | 180 S. HURON AVE. | MACKINAW CITY, MI 4970 | 10 |
| 245 | HE LING | 46 HESTER ST. | NEW YORK, NY 10002 | 53 |
| 246 | JACK MO | 37 EAST BROADWAY | NEW YORK, NY 10002 | 29 |
| 247 | JEROME VARGAS | 5324 7TH AVE. 3 FL | BROOKLYN, NY 11220 | 49 |
| 248 | JIANG CLASS | 37 EAST BRDADWAY APT. 882 | NEW YORK, NY 10002 | 60 |
| 249 | JOEL RICARDO | 426 STANTON ST. 8 FL | NEW YORK, NY 10002 | 50 |
| 250 | JOEL RICARDO | 426 STANTON ST. 8 FL | NEW YORK, NY 10002 | 50 |

Louis Vuitton Intellectual Property Department

LOUV02339

| # | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|------|---------|------------|----------|
| 251 | K NEAL INTERNATIONAL | P.O. BOX 389, 5000 TUXEDO RD. | HYATTSVILLE, MD 20781 | 6 |
| 252 | LEAH ANN CARTER | 1849 S. PITKIN CIRCLE | AURORA, CO 80017 | 2 |
| 253 | LI YAN | 52 E. BROADWAY BASEMENT | NEW YORK, NY 10002 | 44 |
| 254 | LIN AI | 83 ELDRIDGE ST. #B | NEW YORK, NY 10002 | 31 |
| 255 | LIN AI | 83 ELDRIDGE ST. #B | NEW YORK, NY 10002 | 31 |
| 256 | LIU | 138 E. LAFAYETTE | NEW YORK, NY 10013 | 100 |
| 257 | MAKANE DIAKITE | 3569 DEKALB 1D | BRONX, NY 10467 | 2 |
| 258 | MING LIAO | 37 EAST BROADWAY SUITE PMB 2289 | NEW YORK, NY 10002 | 45 |
| 259 | MOLLY LIN | 37 EAST BROADWAY PMB 2315 | NEW YORK, NY 10002 | 37 |
| 260 | ORESTEMALLAS | 5311 7TH 1 FL | BROOKLYN, NY 11220 | 50 |
| 261 | OWESHADH INTL CO. LTD | 924 E. MAIN STREET | ALHAMBRA, CA 91801 | 7299 |
| 262 | PETER BRMSKELLE | 5414 7TH AVE. 2 FL | BROOKLYN, NY 11220 | 50 |
| 263 | ROBERT GRUM | 5321 7TH AVE. | BROOKLYN, NY 11220 | 49 |
| 264 | ROBERT WILLIAMS | 13014 N. DALE MARY AVE. | TAMPA, FL 33618 | 37 |
| 265 | SACKU | 2660 GODBY RD. BOOTH #A3 | ATLANTA, GA 30349 | 4 |
| 266 | SETH LIN | 37 EAST BROADWAY APT. 715 | NEW YORK, NY 10002 | 60 |
| 267 | STEVE CADET | 1615 IRVING PL. | CREEDMOOR, NC 27522 | 19 |
| 268 | TODD GUO | 380 PITT ST. 6 FL | NEW YORK, NY 10009 | 40 |
| 269 | TOM LIAO | 37 EAST BROADWAY PMB 2250 | NEW YORK, NY 10002 | 28 |
| 270 | XIA MO | 37 EAST BROADWAY PMB | NEW YORK, NY 10002 | 32 |
| 271 | XIANO MO | 427 FORSYTH ST 7 FL | NEW YORK, NY 10002 | 50 |
| 272 | XIAO LIN | 456 WILLETT ST. 5 FL | NEW YORK, NY 10002 | 50 |
| 273 | XIAO LIN | 456 WILLETT ST. 5 FL | NEW YORK, NY 10002 | 50 |
| 274 | XIAO SONG | 277 WATER ST. | NEW YORK, NY 10002 | 52 |
| 275 | MEI CHEN | 1859 POWELL ST. #165 | SAN FRANCISCO, CA 94133 | 104 |
| 276 | MARK NOBLE | 13046 RACE TRACK RD. | TAMPA, FL 33625 | 32 |
| 277 | MAMADOU SYLLA | 1346 GIRARD AVE. | PHILADELPHIA, PA 19123 | 5 |
| 278 | LEASE CLARK | 405 DALE MABRY HWY. | TAMPA, FL 33609 | 29 |
| 279 | KWOK FANG | 211 MADISON ST. | NEW YORK, NY 10002 | 34 |
| 280 | KACHINA LLC | 1640 E. EDINGER AVE. #L | SANTA ANA, CA 92705 | 1800 |
| 281 | JONATHAN ORELLANA | 6241 RADFORD AVE. | NORTH HOLLYWOOD, CA 91606 | 42 |
| 282 | JOHN JOHN | 5510 138TH STREET | FLUSHING, NY 11355 | 66 |
| 283 | FELY FIGUEROA | 4829 SEA WATER LANE | SAN DIEGO, CA 92154 | 38 |
| 284 | FANNY LUK | 10710 BERNABE DE SAN DIEGO | SAN DIEGO, CA | 37 |
| 285 | DONTE SMITH | 3988 WHISPERING MEADOW DRIVE | RANDALLSTOWN, MD 21133 | 2 |
| 286 | DONNIE CARCIA | 5605 4TH AVE. 1ST FLOOR | BROOKLYN, NY 11220 | 36 |
| 287 | OO IT ALL SALES | 23 ROOSEVELT AVE. | WOODRIDGE, NY 12789 | 26 |
| 288 | DAVID DORI | 91-2065 KAIOLI ST. #105 | EWA BEACH, HI 96706 | 35 |
| 289 | COTY US LLC | 117 HWY SOUTH WARSAW | GREENSBORO, NC 28398 | 2415 |
| 290 | CLINT WRIGHT | 2655 ULMERTON RD. | CLEARWATER, FL 33762 | 34 |
| 291 | BOBBY ANGELA | 3225 S. MACDILL AVE. | TAMPA, FL 33629 | 28 |
| 292 | ALEX HERNANDEZ | 19239 N. DALE MABRY | TAMPA, FL 33548 | 22 |
| 293 | ZENG YUN | 2981 CHERRY ST. 7D | NEW YORK, NY 10002 | 35 |
| 294 | YAN GJING | 52 EAST BROADWAY #676 | NEW YORK, NY 10002 | 32 |
| 295 | TONG JORDAN | 5004 E. FOWLER AVE. | TAMPA, FL 33617 | 17 |
| 296 | TOM RYAN | 3837 NORTHDALE BLVD. | TAMPA, FL 33624 | 27 |
| 297 | THAO NGUYEN | 10925 BEECHNUT ST. | HOUSTON, TX 77072 | 1 |
| 298 | SIU MING SULLIVAN | P.O. BOX 10111 | HILO, HI 96721 | 39 |
| 299 | ROBERT AYALA | 1024 MAPLE AVE. | LOS ANGELES, CA 90015 | 150 |
| 300 | ROBERT AYALA | 1024 MAPLE AVE. | LOS ANGELES, CA 90015 | 76 |

Louis Vuitton Intellectual Property Department

LOUV02340

2010 Cease and Desist Letters in Response to Customs Seizure Notices

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 301 | RAYMOND MAK | 11209 KOKEA ST. #F104 | HONOLULU, HI 96817 | 850 |
| 302 | PING ZHENG | 2655 TAYLOR ST. | SAN FRANCISCO, CA 94133 | 93 |
| 303 | MYRA DACQUEL | 101 JASON ST. | VALLEJO, CA 94591 | 28 |
| 304 | MIKE JOSEPH MAURER | 3277 MISSOURI AVE. | LAS CRUSES, NM 88011 | 50 |
| 305 | MICHAEL FRANZ | 440 WILLETT ST. #3D | NEW YORK, NY 10002 | 33 |
| 306 | ABDARAHMANE DEH | P.O. BOX 181404 | MEMPHIS, TN 38181 | 35 |
| 307 | ABDOUL TALLA | 1137 THIERLOT AVE. | BRONX, NY 10472 | 65 |
| 308 | ABDUL MAGANERA | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 46 |
| 309 | ABRAHAM OCASIO | 1510A CASTLE HILL AVE. | BRONX, NY 10462 | 78 |
| 310 | ADRIANA MAN | 5812 2ND AVE. 1ST. FL | BROOKLYN, NY 11220 | 60 |
| 311 | ALBERN HU | 38 ELDRIDGE ST., APT. 8 | NEW YORK, NY 10002 | 48 |
| 312 | AMBER HANCOCK | 396 LUDLOW, APT. 303 | NEW YORK, NY 10002 | 51 |
| 313 | AND GANG | 11220 4TH AVENUE | BROOKLYN, NY 11220 | 62 |
| 314 | ANDREA JEDRO | 626 60TH ST., 1/FL | BROOKLYN, NY 11220 | 60 |
| 315 | ANDY BAKER | 4622 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 51 |
| 316 | ANETTE KOKOTT | 4815 10TH AVE., 1ST FL. | BROOKLYN, NY 11220 | 33 |
| 317 | ANGELA IBARRA | 18101 FLAMINGO AVE. | CLEVELAND, OH 44135 | 4 |
| 318 | ANTHONY GORNEZ | 270 58 ST. | BROOKLYN, NY 11220 | 52 |
| 319 | ANTONIO BORDA | 34301 PARKVIEW AVE. | EUSTIS, FL 34301 | 5 |
| 320 | AYOB WORK | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 20 |
| 321 | AZN, INC. | 6826 FRESH MEADOW LN. | FLUSHING, NY 11365 | 176 |
| 322 | BAIRD WU | 52 E. BROADWAY BSM 281 | NEW YORK, NY 10002 | 42 |
| 323 | BARLAY WU | 90 ELDRIDGE ST. #8 | NEW YORK, NY 10008 | 38 |
| 324 | BOB MICHAEL | 8710 W. HILLSBOROUGH AVE. | TAMPA, FL 33615 | 26 |
| 325 | BRADEN ZHENG | 52 E. BROADWAY | NEW YORK, NY 10002 | 32 |
| 326 | BRENDA CORRAL | 37 EAST BROADWAY | NEW YORK, NY 10002 | 39 |
| 327 | CARY SONG | 114 ELDRIDGE ST. #7 | NEW YORK, NY 10002 | 51 |
| 328 | CASEY MATTESON | 571 SOUTH ST., #6 | NEW YORK, NY 10002 | 51 |
| 329 | CHARYL WILLIE | 577 FORYSTH ST., 3RD FL. | NEW YORK, NY 10000 | 50 |
| 330 | CHEN MEI | 127 EAST BROADWAY | NEW YORK, NY 10002 | 38 |
| 331 | CHENG HOU | 146 A EAST BROADWAY | NEW YORK, NY 10002 | 46 |
| 332 | CHERRY | 68-26 FRESH MEADOW LANE | FRESH MEADOW, NY 11365 | 46 |
| 333 | DANETTE SCOTT | 37 EAST BROADWAY PMB 1550 | NEW YORK, NY 10002 | 47 |
| 334 | DANNY LIANG | 71 ELDRIDGE ST. #3 | NEW YORK, NY 10002 | 101 |
| 335 | DANNY LU | 37 E. BROADWAY, SUITE 927 | NEW YORK, NY 10002 | 76 |
| 336 | DARCY LUI | 52 E. BROADWAY BSM 281 | NEW YORK, NY 10002 | 30 |
| 337 | DEXTER CALLAIS | 4702 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 41 |
| 338 | D-FASHION | 1919 METROPOLITAN PKWY A23 | ATLANTA, GA 30315 | 97 |
| 339 | D-FASHION | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 30 |
| 340 | DIABY | 2975 HEADLAND DR. | ATLANTA, GA 30311 | 23 |
| 341 | DIONA ORTIZ | 1325 NW 155TH LANE | PEMBROKE PINES, FL 33028 | 48 |
| 342 | DU LING | 52 EAST BROADWAY BSM, APT. 281 | NEW YORK, NY 10002 | 39 |
| 343 | EDWARD | 35 WEST 39TH ST. | NEW YORK, NY 10018 | 34 |
| 344 | EMILY MULCAHY | 367 RIVINGTON ST. 5A | NEW YORK, NY 10002 | 49 |
| 345 | EMMONS DOUGLAS | 3915 EAGLE POINT WAY | MIMS, FL 32754 | 7 |
| 346 | FENTON LIN | 52 BROADWAY BSM | NEW YORK, NY 10002 | 33 |
| 347 | FENTON LIN | 52 E. BROADWAY BSM #676 | NEW YORK, NY 10002 | 32 |
| 348 | FRANK DU | 37 E. BROADWAY, APT. 605 | NEW YORK, NY 10002 | 40 |
| 349 | GABE DOPPELF | 8833 W. SUNSET BLVD. | WEST HOLLYWOOD, CA 90069 | 1 |
| 350 | GARRET LU | 131 ELDRIDGE ST. SUITE 8 | NEW YORK, NY 10002 | 51 |
| 351 | GARRICK SONG | 52 E. BROADWAY BSM 676 | NEW YORK, NY 10002 | 40 |

Louis Vuitton Intellectual Property Department

LOUV02341

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 352 | GARRICK SONG | 52 E. BROADWAY | NEW YORK, NY 10002 | 31 |
| 353 | GLEN TAO | 129 ELDRIDGE ST. #9 | NEW YORK, NY 10002 | 50 |
| 354 | HADDEN LIANG | 37 E. BROADWAY | NEW YORK, NY 10002 | 41 |
| 355 | HANLEY JIN | 132 ELDRIDGE ST., APT. 13 | NEW YORK, NY 10002 | 48 |
| 356 | HARRY MING | 37 EAST BROADWAY PMB 4357 | NEW YORK, NY 10002 | 32 |
| 357 | HE DUN | 37 EAST BROADWAY #927 | NEW YORK, NY 10002 | 42 |
| 358 | HOLLY BEAN | 503 BOWERY ST., 5TH FL. | NEW YORK, NY 10002 | 29 |
| 359 | HOLLY CHEN | 37 EAST BROADWAY | NEW YORK, NY 10002 | 51 |
| 360 | HUANG VICKY | 52 E. BROADWAY BSM 676 | NEW YORK, NY 10002 | 41 |
| 361 | JACK CHEN | 489 MONTGOMERY ST., APT. 5A | NEW YORK, NY 10002 | 45 |
| 362 | JACKY LEE | 10878 WESTHEIMER, SUITE 204 | HOUSTON, TX 77042 | 40 |
| 363 | JERRY LUI | 37 EAST BROADWAY #3686 | NEW YORK, NY 10002 | 49 |
| 364 | JILL SMITH | 423 MONTGOMERY ST. 5D | NEW YORK, NY 10002 | 49 |
| 365 | JIN MEI ZHENG | 5117 STERLING MANOR DR. | TAMPA, FL 33762 | 164 |
| 366 | JOEL RICARDO | 426 STANTON ST., 8TH FL. | NEW YORK, NY 10002 | 50 |
| 387 | JOEY CHEN | 407 CATHERINE ST., 5A | NEW YORK, NY 10002 | 49 |
| 368 | JOEY CHEN | 37 EAST BROADWAY PMB 3017 | NEW YORK, NY 10002 | 49 |
| 369 | JOHN ANDALAIO | 6806 VISTA PL. | BROOKLYN, NY 11220 | 51 |
| 370 | JOHN MAWATOR | 860 65 ST. | BROOKLYN, NY 11220 | 37 |
| 371 | JOJO ZHONG | 465 JEFFERSON ST. 5 FL. | NEW YORK, NY 10002 | 50 |
| 372 | JOJO ZHONG | 265 JEFFERSON ST. APT. 3C | NEW YORK, NY 10002 | 51 |
| 373 | JON ZIOK | 5920 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 51 |
| 374 | JOSEPH OLA | 330 E. CAMP WISDOM RD. #38105 | DALLAS, TX 75241 | 19 |
| 375 | JOY MENTNECH DBA HAWAII CARGO | 151951 MAKUU DR., PARADISE PARK | KEAAU, HI 96749 | 7 |
| 376 | JULIO MENDEZ | 4805 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 51 |
| 377 | K JALLOH | 3605 CHARLTON IVES DRIVE NW | LILBURN, GA 30047 | 30 |
| 378 | KADEN DALEY | 532 WATER ST. 6 FL. | NEW YORK, NY 10002 | 47 |
| 379 | KALEB HOLMAN | 37 EAST BROADWAY PMB 2723 | NEW YORK, NY 10002 | 33 |
| 380 | KERRY PAN | 75 E. BROADWAY 111 | NEW YORK, NY 10002 | 59 |
| 381 | KRISTI GUNTER | 37 EAST BROADWAY | NEW YORK, NY 10002 | 35 |
| 382 | KRISTI KENYON | 567 LINCOLN AVE., SUITE 2 | PITTSBURG, PA 15202 | 1 |
| 383 | KRISTI KENYON | 567 LINCOLN AVE., SUITE 2 | PITTSBURG, PA 15202 | 9 |
| 384 | LADINA PERKINS | 3541 ORCHARD AVE. | INDIANAPOLIS, IN 46218 | 14 |
| 385 | LAM MAN | 158-29 7TH TOAD FRESHMEADOW | FLUSHING, NY 11366 | 39 |
| 386 | LI & LIN INC. | 1729 WOODHILL CT. | BEDRORD, TX 76021 | 200 |
| 387 | LI XIANG | 49 E. BROADWAY, APT. 201 | NEW YORK, NY 10002 | 45 |
| 388 | LIN AI | 146A EAST BROADWAY | NEW YORK, NY 10002 | 29 |
| 389 | LISA WALLACE | 3534 PEBBLEBROOK WAY | KNOXVILLE, TN 37921 | 20 |
| 390 | LONG LAM | 4811 HEARTHSTONE TRACE | STONE MOUNTAIN, GA 30083 | 3 |
| 391 | LU JING | 37 EAST BROADWAY #105 | NEW YORK, NY 10002 | 25 |
| 392 | M DIALLO | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 33 |
| 393 | M. DIALLO | 1919 METROPOLITAN PKWY | ATLANTA, GA 30315 | 31 |
| 394 | M. DIALLO | 1919 METROPOLITAN PKWY. | ATLANTA, GA 30315 | 30 |
| 395 | M. DIALLO | 1919 METROPOLITAN PKWY. | ATLANTA, GA 30315 | 35 |
| 396 | MACK JO | 37 EAST BROADWAY PMB SUITE 3036 | NEW YORK, NY 10002 | 51 |
| 397 | MACKI BAH | 802 6TH AVE. | NEW YORK, NY 10001 | 93 |
| 398 | MARIANNE PETERSEN | 11018 BAUMAN CIRCLE | OMAHA, NE 68164 | 26 |
| 399 | MARTIN LOPEZ | 6011 6TH AVE. APT. B | BROOKLYN, NY 11220 | 51 |
| 400 | MERLIN RUAN | 72 ELDRIDGE ST., APT. 15 | NEW YORK, NY 10002 | 50 |
| 401 | MIKE SPANO | 4719 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 52 |
| 402 | MING ZHONG | 37 EAST BROADWAY PMB 4017 | NEW YORK, NY 10002 | 49 |

Louis Vuitton Intellectual Property Department

LOUV02342

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 403 | MOLLY MA | 37 EAST BROADWAY | NEW YORK, NY 10002 | 50 |
| 404 | NICHOLE BOUGH | 459 MOTT ST. 5FL | NEW YORK, NY 10002 | 50 |
| 405 | ORIENTAL CULTURE ENTERPRISES CO. | 13-17 ELIZABETH ST., 2ND FLOOR | NEW YORK, NY 10013 | 7,826 |
| 406 | PEREZ CHRISTIAN | 318 E. 149 STREET | BRONX, NY 10451 | 68 |
| 407 | QIAN CHUN | 37 EAST BROADWAY, APT. 927 | NEW YORK, NY 10002 | 33 |
| 408 | REBECCA OXLEY | 469 WATEY ST., 5TH FL. | NEW YORK, NY 10002 | 50 |
| 409 | REGINA SWIFT | 5804 NAW UTRECHT AVE. | BROOKLYN, NY 11220 | 39 |
| 410 | RIDLEY SHI | 88 ELDRIDGE ST. | NEW YORK, NY 10002 | 50 |
| 411 | ROBERT COLEBROOK | 2212 SOUTH STATE RD. #7 | MIRAMAR, FL 33023 | 3 |
| 412 | SARA BIVENS | 300 SUFFOLK ST. 7TH FL. | NEW YORK, NY 10002 | 50 |
| 413 | SHELLY MAY | 436 JACKSON ST. 4D | NEW YORK, NY 10002 | 45 |
| 414 | SILVIA ECKHARDE | 668 60TH ST., 2ND FL. | BROOKLYN, NY 11220 | 60 |
| 415 | SUE LABRUM | 526 WILLET STREET SUITE 5 | NEW YORK, NY 10002 | 45 |
| 416 | SUE LABRUM | 526 WILLET STREET SUITE 5 | NEW YORK, NY 10002 | 45 |
| 417 | SUSAN LEE | 16107 KENSINGTON D, APT. 269 | SUGARLAND, TX 77479 | 31 |
| 418 | TAMMIE MELHAM | 37 EAST BROADWAY PMB 1310 | NEW YORK, NY 10002 | 37 |
| 419 | TENE DORB | 1024 MAPLE ALLY ROAD | LOS ANGELES, CA 90015 | 37 |
| 420 | TLS TEAM LOGISTICS SERVICE | 4425 1ST AVENUE | BROOKLYN, NY 11232 | 9,128 |
| 421 | TODD GUO | 38 PITT ST. #6 FL. | NEW YORK, NY 10009 | 45 |
| 422 | WILDA MARTIN | 1510 A CASTLE HILL AVE. | BRONX, NY 10462 | 33 |
| 423 | XIA LIN | 37 EAST BROADWAY PMB 4865 | NEW YORK, NY 10002 | 52 |
| 424 | XIAO MO | 427 FORSYTH ST. 7FL | NEW YORK, NY 10002 | 50 |
| 425 | YA XIAN | WCJ SEAFOOD RESTAURANT 49 DIVISION | NEW YORK, NY 10002 | 36 |
| 426 | YELSICA MUNOZ | 1024 APPLE ALLY RD. | LOS ANGELES, CA 90015 | 341 |
| 427 | YOLANDA ALMANZA | 7030 DENVER ST. | LOS ANGELES, CA 90044 | 20 |
| 428 | ZENG YUN | 37 EAST BROADWAY PMB #4187 | NEW YORK, NY 10002 | 31 |
| 429 | ZHANG SHUN | 146A EAST BROADWAY | NEW YORK, NY 10002 | 44 |
| 430 | ZHAO HONG | 52 EAST BROADWAY BSM 676 | NEW YORK, NY 10002 | 24 |
| 431 | ZHENG JIN | 49 DIVISION STREET | NEW YORK, NY 10002 | 52 |
| 432 | ZHENG MEIHUA | 1954 CANDLER RD. #721 | DECATUR, GA 30032 | 31 |
| 433 | ALECANDER IMERY | 1017 WEST CRAIG STREET | SAN ANTONIO, TX 78201 | 13 |
| 434 | BCF TRADING, INC. | 13550 ROOSEVELT AVE. | FLUSHING, NY 11354 | 2,400 |
| 435 | CAI HUI | 37 EAST BROADWAY #927 | NEW YORK, NY 10002 | 45 |
| 436 | DAVID CHONG | 115 ELDRIDGE ST. #8 | NEW YORK, NY 10002 | 50 |
| 437 | DIAN RU | 773 51ST STREET | BROOKLYN, NY 11220 | 41 |
| 438 | DYON THOMAS | 8870 N. HIMES AVE. #113 | TAMPA, FL 33624 | 34 |
| 439 | ERIKA SORENSEN | 526 WILLETT ST. #209 | NEW YORK, NY 10002 | 50 |
| 440 | FB ACCESSORIES, INC. | 1239 BROADWAY, STE. 402 | NEW YORK, NY 10001 | 588 |
| 441 | FB ACCESSORIES, INC. | 1239 BROADWAY, STE. 402 | NEW YORK, NY 10001 | 588 |
| 442 | FRANKLIN TRUITJE | 2911 MAPLE STREET | LONGVIEW, WA 98632 | 11 |
| 443 | HAWAII RAINBOY IMPORTS LLC | 3462 HARDESTY ST. | HONOLULU, HI 96816 | 24 |
| 444 | HEATHER ANDERSON | 337 JEFFERSON ST., 6D | NEW YORK, NY 10002 | 48 |
| 445 | HERBERT MAI | 75 ELDRIDGE STREET #9 | NEW YORK, NY 10002 | 95 |
| 446 | JANET MARTINEZ | 200 E. 10TH STREET | NEW YORK, NY 10003 | 73 |
| 447 | KATE ROUSSE | 318E 149TH ST. | BRONX, NY 10451 | 137 |
| 448 | LIN AI | 49 EAST BROADWAY #1 | NEW YORK, NY 10002 | 30 |
| 449 | LUIS ARGENYARIAS | 8400 NW 25TH AVE., #110 | MIAMI, FL 33122 | 1 |
| 450 | MARK ABBOTT | 8723 SW GORSUCH | VASHON, WA 98070 | 3 |
| 451 | MARLENE | 901 PONCE DE LEON BLVD., SUITE 200 | CORAL GABLES, FL 33134 | 127 |
| 452 | NEOMIS PEREZ | 853 HILLANDALE LN. | LITHONIA, GA 30058 | 54 |
| 453 | RECTO VERSO | 2605 BIG OAKS DR. | MARIETTA, GA 30064 | 14 |

Louis Vuitton Intellectual Property Department

LOUV02343

| | NAME | ADDRESS | CITY/STATE | # SEIZED |
|---|---|---|---|---|
| 454 | RUSSELL SHOFFNER | 4239 PIEDMONT PKWY. | GREENSBORO, NC 29410 | 1 |
| 455 | SCOTT MULCALY | 367 STANTON ST. 5TH FL | NEW YORK, NY 10002 | 50 |
| 456 | XIAO LIN | 456 WILLETT STREET | NEW YORK, NY 10002 | 50 |
| 457 | YANG CHUMMING | 3325 S. MACDILL AVE. | TAMPA, FL 33629 | 50 |
| 458 | ALEN WU | 4140 LA RICA AVENUE #B | BALWIN PARK, CA 91706 | 22 |
| 459 | AMADOU DIALLO | 3401 OAKCREST ROAD | COLUMBUS, OH 43232 | 13 |
| 460 | ANTONIO RODRIGUEZ | 1245 RITSHER AVENUE | BELOIT, WI 53511 | 2 |
| 461 | BARBARA DIMON | W1587 CULBERTSON ROAD | SEYMOUR, WI 54165 | 4 |
| 462 | BARBARA FINLAY | 3502 AMELIA AVENUE | THE VILLAGES, FL 32162 | 39 |
| 463 | BOO HAN MARKET/MYUNG SOON LEE | 9122 S. TACOMA WAY, SUITE #102 | TACOMA, WA 98499 | 50 |
| 464 | BRIAN COLLING | 1605 E. HARRY ST. | HAZEL PARK, MI 48030 | 20 |
| 465 | CARRIE GOLDEN | 7337 POTSTON WAY | BOULDER, CO 80301 | 1 |
| 466 | CARRIE GOLDEN | 7337 PETSTON WAY | BOULDER, CO 80301 | 2 |
| 467 | DAUDI MUHAMMAD | 645 US HIGHWAY 290 EAST, APT. #602 | HEMPSTEAD, TX 77445 | 40 |
| 468 | DORIS WILLIAMS | 385 N 51ST BLVD. | MILWAUKEE, WI 53216 | 2 |
| 469 | HEZI MOORE | 535 CUTWATER TRL NE | ATLANTA, GA 30328 | 11 |
| 470 | JESUS RAYNALDO | 7417 N. 21ST STREET | MCCALLEN, TX 78504 | 16 |
| 471 | JIU CHANG TRADING CO. INC. | 16333 NW 54TH AVENUE | HIALEAH, FL 33014 | 1,440 |
| 472 | JOSE GONZALEZ | 8400 NW 25TH STREET | MIAMI, FL 33122 | 30 |
| 473 | JOVEL JENKINS | 1802 NORTH UNIVERSITY DR., #102-135 | PLANTATION, FL 33322 | 118 |
| 474 | KAI KI | 1671 MIRA VALLE AVENUE | MONTEREY PARK, CA | 34 |
| 475 | KATTY NGUYEN | 2801 RIB MOUNTAIN DR. | WAUSAU, WI 54401 | 17 |
| 476 | KEMI OLAMADIE | 10169 NEW HAMPSHIRE AVE., APT. #159 | SILVER SPRING, MD 20903 | 10 |
| 477 | MARK NOBLE | 13046 RACE TRACK RD. | TAMPA, FL 33626 | 378 |
| 478 | MONIQUE SHAFER | 3874 DEVON CT. S. | BOCA RATON, FL 33496 | 12 |
| 479 | MONIQUE SHAFER | 3874 DEVON CT. S. | BOCA RATON, FL 33496 | 26 |
| 480 | MOUHAMETH SALL | 680 W. SAM HOUSTON PARKWAY SOUTH | HOUSTON, TX 77042 | 30 |
| 481 | MOUHAMETH SALL | 680 W. SAM HOUSTON PARKWAY SOUTH | HOUSTON, TX 77042 | 12 |
| 482 | MOUNIER I. BARRY | 9927 GREENBELT ROAD | LANHAM, MD 20703 | 2 |
| 483 | NEILA FAVORS | 7124 HAMILTON PARK BLVD. | TAMPA, FL 33615 | 4 |
| 484 | NINI | 1305 TWINBROOK PKWY APT #207 | ROCKVILLE, MD 20851 | 1 |
| 485 | PRIME FOOD PROCESSING CORP. | 300 VANDERVOORT AVENUE | BROOKLYN, NY 11211 | 14,516 |
| 486 | SAIFON DUPONT | 72 VAN REIPEN AVE., #177 | JERSEY CITY, NJ 07306 | 108 |
| 487 | SHAUL ASHKENAZY | 10251 KEY PLUM STREET | PLANTATION, FL 33324 | 11 |
| 488 | SHERRY POAD | 30626 HWY JJ | LONE ROCK, WI 53556 | 2 |
| 489 | SVIALANA SHYSHOVA | 125 BRIDLE RD. | STROUDSBURG, PA 18360 | 1 |
| 490 | SYLVIE PRICE | 4215 OXFORD STREET | INDIANAPOLIS, IN 46218 | 27 |
| 491 | TAO ZHANG | 14502 34TH AVE, APT 3 | FLUSHING, NY 11354 | 67 |
| 492 | TELLAS BURNSIDE | 5507 ELDER STREET | MASS POINT, MS 39563 | 1 |
| 493 | TELLAS BURNSIDE | 5507 ELDER STREET | MOSS POINT, MS 39563 | 1 |
| 494 | TERANCE COZART | 647 ANNETTE AVE. | COLUMBUS, GA 31906 | 2 |
| 495 | TNL TRADING, INC. | 19 PRESERVE | BUENA PARK, CA 90620 | 16,800 |
| 496 | TOMY VALDEZ | 8400 NW 25TH STREET, SUITE 110 | SHENSHEN, FL 33122 | 30 |
| 497 | VICTOR KPAMEZE | 3455 WEST RIVER COMMONS | DOULGASVILLE, GA 30135 | 10 |
| 498 | WANDA ANN JACOB-ALLEN | 6202 REAGAN CHASE | MORROW, GA 30260 | 56 |
| 499 | YALL INC. | 7723 18TH AVENUE | BROOKLYN, NY 11214 | 3 |

Louis Vuitton Intellectual Property Department

LOUV02344