2009 Cease and Desist Letters in Response to Customs Seizure Notices

| | NAME | ADDRESS | CITY/STATE | # SEIZED | PRODUCT |
|---|---|---|---|---|---|
| 1 | ACA LOGISTICS INC. | 729 I11 ROUTE 83 SUITE 324 | BENSENVILLE, IL | 197 | MULTIPLE |
| 2 | ADORA TOMASEK | 12 COMMANDER STREET | PENSACOLA, FL | 14 | MULTIPLE |
| 3 | AEO | 77 HOT METAL STREET | PITTSBURG, PA | 2 | HANDBAGS |
| 4 | AHMED ABDELHAMID | 78 STEWART AND GRAY RD #01 | DOWNEY, CA | 29 | MULTIPLE |
| 5 | AIME ROLLAND BIAMOU | 1744 WINOING BROOK WAY | WINDSOR MILL, MD | 16 | MULTIPLE |
| 6 | AKLU HASSEN MUDESIR | 9958 E LOUISIANA DR #6-102 | DENVER, CO | 8 | SCARVES |
| 7 | ALAMASSO HAROUNA | 438 HILLSIDE AVE #12 | CINCINNATI, OH | 10 | PENS |
| 8 | ALLEN SANDERS | 12311 W SILVER SPRING DR. | MILWAUKEE, WI | 2 | SHOES |
| 9 | ALLISON HOLMAN | 14820 39TH AVE N | PLYMOUTH, MN | 13 | MULTIPLE |
| 10 | ALVIN PIERRE | 2133 FERNANDO COURT | MARRERO, LA | 3 | HANDBAGS |
| 11 | ANEKA JOAN TAPLIN | 2499 S COLORADO BLVD APT 702 | DENVER, CO | 1 | HANDBAGS |
| 12 | ANGELA MARIE JAMES | 7631 JACARANDA BAY ST. | LAS VEGAS, NV | 23 | MULTIPLE |
| 13 | ANGELA ZILUK | 37 EAST BROADWAY | NEW YORK, NY | 48 | HANDBAGS |
| 14 | ANN JOU | 1020 W CEDAR ST | ARLINGRON, TX | 2 | WALLETS |
| 15 | ANTHONY MARTINE | 133 HENRY ST APT 1A | NEW YORK, NY | 69 | HANDBAGS |
| 16 | BARRY ROUGUIATOU | 295 WEST 150TH ST | NEW YORK, NY | 2688 | MULTIPLE |
| 17 | BEN HUANG | 46-49 160TH ST | FLUSHING, NY | 40 | MULTIPLE |
| 18 | BERNADETTE GACINO | 24699 KINGS CANYON SQ | ALDIE, VA | 10 | MULTIPLE |
| 19 | BOOM TRADING INC | 58-30 GRAND AVE | MASPETH, NY | 5500 | MULTIPLE |
| 20 | CANG DANG | 3976 65TH ST | WOODSIDE, NY | 2 | MULTIPLE |
| 21 | CARMEN HINKIE BUNAG | 2226 A WESTBROOK BLVD SUITE 217 | SAN FRANCISCO, CA | 35 | MULTIPLE |
| 22 | CAROL HWANG | 124-10 25TH RD | FLUSHING, NY | 6 | MULTIPLE |
| 23 | CATHERINE CAMACHO | 2675 EASY ST | EDINBURG, TX | 20 | MULTIPLE |
| 24 | CELLO TECH CO | 599 STANFORD DR SW | HUNSTRSVILLE, AL | 40 | PHONE ACCESSORIES |
| 25 | CENTRAL PLASTIC INC | 121A MORGAN AVE | BROOKLYN, NY | 19810 | MULTIPLE |
| 26 | CHET A OWEN | 35379 S ACER LANE | MOLALLA, OR | 10 | WALLETS |
| 27 | MISS CHEN | 1339 STOCKTON ST | SAN FRANCISCO, CA | 13 | HANDBAGS |
| 28 | CHERYL PADILLA | 800 LOUISIANA NE | ALBUQUERQUE, NM | 11 | MULTIPLE |
| 29 | CHRISTIN WOLF GALLERY | 206 1/2 SAN FELIPE NW #3 | ALBUQUERQUE, NM | 22 | MULTIPLE |
| 30 | CHUNYO SONG | 3936 NORTH PULASKI RD | CHICAGO, IL | 361 | PHONE ACCESSORIES |
| 31 | CLINTON INDUSTRIES INC | 1140 EDISON ST | YORK, PA | 3816 | SHOES |
| 32 | COMFORTS ELEGANTZ FASHIONS | 8796 SACRAMENTO DRIVE UNIT L | ALEXANDRIA, VA | 24 | MULTIPLE |
| 33 | CONTINENTAL APPLINACE INC | 5 MUSICK ST | IRVINE, CA | 21516 | MULTIPLE |
| 34 | CONTINENTAL APPLINACE INC | 5 MUSICK ST | IRVINE, CA | 2127 | HANDBAGS |
| 35 | CORE FASHION | 412 W 6TH ST | LOS ANGELES, CA | 21 | HANDBAGS |
| 36 | CRYSTAL XU, KAN WEN CHONG & XIU JIN YE | 711 PACIFIC AVE APT 614 | SAN FRANCISCO, CA | 130 | JEWELRY |
| 37 | CRYSTAL XU, KAN WEN CHONG & XIU JIN YE | 711 PACIFIC AVE APT 614 | SAN FRANCISCO, CA | 108 | HATS |
| 38 | CRYSTAL XU, KAN WEN CHONG & XIU JIN YE | 711 PACIFIC AVE APT 614 | SAN FRANCISCO, CA | 6286 | MULTIPLE |
| 39 | CYBER SIGMA LLC | 502 E ROLFE RD | WILLIAMBURG, VA | 6130 | HANDBAGS |
| 40 | D&T TRADING CO | 300 RICHARDSON ST | BROOKLYN, NY | 34050 | MULTIPLE |
| 41 | DAVID BABBITT | 37 EAST BROADWAY | NEW YORK, NY | 73 | MULTIPLE |
| 42 | DAVID FISCHER | 13569 GRAPEVINE LANE | FISHERS, IN | 2 | HANDBAGS |
| 43 | DAWN JOHNSON | 1702 9TH ST | MARYSVILLE, WA | 16 | MULTIPLE |
| 44 | DESI WILSON | 2248 SNOWBIRD DRIVE | HARVEY, LA | 235 | MULTIPLE |
| 45 | DESI WILSON | 2248 SNOWBIRD DRIVE | HARVEY, LA | 17 | MULTIPLE |
| 46 | DIANN PRADETTO | 1338 WEST WEATHERBY WAY | CHANDLER, AZ | 11 | MULTIPLE |
| 47 | DILIPKUMAR PATEL | 104 ROYAL CREST CIRCLE | KATHLEEN, GA | 25 | WALLETS |
| 48 | DONNY BAKER | 14768 NORTH HWY 25E | CORBIN, KY | 100 | HANDBAGS |
| 49 | DOROTHY TOBIAS | 138 BOWERY #269 | NEW YORK, NY | 71 | HANDBAGS |
| 50 | EDDISON GLOSS | 53 LIBERTY ST | LODI, NJ | 1 | HANDBAGS |
| 51 | EDWARD SEMBIRING | 5809 SOUTH OAK DR | MARERO, LA | 12 | HANDBAGS |

LOUV02345

| | NAME | ADDRESS | CITY/STATE | # SEIZED | PRODUCT |
|---|---|---|---|---|---|
| 52 | ELIZABETH HERNANDEZ | 6622 BEECH TRAIL DRIVE | CONCERSE, TX | 4 | MULTIPLE |
| 53 | ELLEN CORKRUM | 60 WADSWORTH ST APT 6G | CAMBRIDGE, MA | 60 | MULTIPLE |
| 54 | EVA ALHEZAMI | P.O. BOX 901 | BARROW, AK | 17 | MULTIPLE |
| 55 | EVERGREEN ACCESSORY | 1239 BROADWAY ROOM 1013 | NEW YORK, NY | 24 | JEWELRY |
| 56 | EVERLITE MARKETING INC | 1008 W VALLEY RD #6-110 | LAHAMBRA, CA | 888 | LUGGAGE |
| 57 | F DIRECT INTERNATIONAL CORP. | 12700 BISCAYNE BLVD SUITE 400 | MIAMI, FL | 410 | JEWELRY |
| 58 | FAYE COWLING | 3574 MELROSE DR #N3 | WOOSTER, OH | 4 | MULTIPLE |
| 59 | FERDINANDE EMGOUE | 1140 HAPPY RIDGE DRIVE | FRONT ROYAL, VA | 45 | MULTIPLE |
| 60 | FERNANDO DIAS VISEU, FERNANDO DIAS VISEU AND SO WA CHONG VISEU- LA BELLA BOUTUOUE | 430 BEACH ST | SAN FRANCISCO, CA | 98 | MULTIPLE |
| 61 | FERNANDO DIAS VISEU, FERNANDO DIAS VISEU AND SO WA CHONG VISEU- LA BELLA BOUTUOUE | 430 BEACH ST | SAN FRANCISCO, CA | 291 | MULTIPLE |
| 62 | FNS CUSTOMS BROKERS INC | 18301 S BROADWICK ST | RANCHO DOMINQUEZ, CA | 7560 | HANDBAGS |
| 63 | FNU CHEN | 925 BOLSSOM HILL RD | SAN JOSE, CA | 88 | FABRIC |
| 64 | FRANK MOUIVO MATISMA | 2005 NORTH 72ND ST | OMAHA, NB | 28 | MULTIPLE |
| 65 | FRANK MOUIVO MATISMA | 2005 NORTH 72ND ST | OMAHA, NB | 2 | WALLETS |
| 66 | FRESH INTERNATIONAL INC | 11 STOBBE LANE | PRINCETON JUNCTION, NJ | 48 | MULTIPLE |
| 67 | FRONTIER IMPORTS | 12534 RAYMER ST | HOLLYWOOD, CA | 257 | MULTIPLE |
| 68 | G MARILLA | 37 E BROADWAY | NEW YORK, NY | 75 | HANDBAGS |
| 69 | G MARILLA | 37 E BROADWAY | NEW YORK, NY | 75 | HANDBAGS |
| 70 | GEORGE SIMON | 225 DODGE ST | KAUKAUNA, WI | 2 | HANDBAGS |
| 71 | GARY LI | 3161 ALA ILIMA ST # 1411 | HONOLULU, HI | 463 | JEWELRY |
| 72 | GERARDO SERVIO MAJIA GARCIA- HOTEL STANFORD | 43 WEST 32ND | NEW YORK, NY | 57 | MULTIPLE |
| 73 | GIFTY MAA DEE HAIZEL DOWNWARD | 12 MCARTHUR DR | SEABROOK, NH | 12 | MULTIPLE |
| 74 | GREAT L&H TRADING INC | 29 W 30TH ST | NEW YORK, NY | 19800 | SUNGLASSES |
| 75 | GUADALUPE BALABAS dba ORIGINAL SEA SHELL JEWELRY AND TAT | 800 LOUISIANA BLVD NE 12TH ST SUITE 101 | ALBUQUERQUE, NM | 37 | MULTIPLE |
| 76 | HILDA DE LA VICTORIA | 701 STEPHEN MOODY ST | ALBUQUERQUE, NM | 9 | MULTIPLE |
| 77 | HONEY PHAM | 8069 ALLISON LN | BATTLE CREEK, MI | 42 | KEYCHAINS |
| 78 | HOP TEK LEE TRADING INC | 168 48TH ST | BROOKLYN, NY | 37920 | MULTIPLE |
| 79 | HUILIN SU | 2212 SIMARRON | MODESTO, CA | 79 | JEWELRY |
| 80 | HUYEN PHUNG | 2892 LIVSEY WALK | TUCKER, GA | 14 | MULTIPLE |
| 81 | IM IN TRADING LLC | 2745 EAST OAKLAND BLVD | FT LAUDERDALE, FL | 6858 | HANDBAGS |
| 82 | IN AND OUT STATION INC. | 10501 VALLEY BLVD. # 1888 | EL MONTE, CA | 298 | MULTIPLE |
| 83 | ISRAEL BANDA | 7811 BATTLEOAK DR | HOUSTON, TX | 205 | LABELS |
| 84 | JAMAL TRICE | 60 MADISON AVE | JERSEY CITY, NJ | 13 | HANDBAGS |
| 85 | JAMES WU | 2226 ENDEAVOR WAY | SACFAMENTO, CA | 265 | PHONE ACCESSORIES |
| 86 | JANE VODOVOZOV- JANE'S SALES AND SHIPPING COMPANY | 1900 AV W #3-K | BROOKLYN, NY | 12 | MULTIPLE |
| 87 | JASON WANG | 203 YOAKKUM PKWY 1501 | ALEXANDRIA, VA | 14 | MULTIPLE |
| 88 | JENNIFER ANTHONY | 615 DEERFIELD | MARTINSVILLE, IN | - | HANDBAGS |
| 89 | JIANGUO WANG | 3823 ROXBERRY HILL LANE | BUFORD, GA | 1 | HANDBAGS |
| 90 | JIM GONEZ | 17415 SE DENISE CT | CLACKAMAS, OR | 84 | MULTIPLE |
| 91 | JIRADA CLARK | 829 SOUTH 31ST ST | SOUTH BEND, IN | 15 | MULTIPLE |
| 92 | JI QIANG NI | 116 ELDRIDGE ST | NEW YORK, NY | 47 | BAGS |
| 93 | JONATHAN BER JAUD | 136 BOWERY #2079 | NEW YORK, NY | 69 | HANDBAGS |
| 94 | JUN | 135-12 37TH AVE 1 P7 | FLUSHING, NY | 95 | HANDBAGS |
| 95 | JUN FASHION INC | 1200 BROADWAY ROOM 208 | NEW YORK, NY | 12 | JEWELRY |
| 96 | JOHN MOKTADIER | 7925 SW 28TH ST | MIAMI, FL | 27 | MULTIPLE |
| 97 | JENNY DASS | 102 DANIELLE CT | WESTON, FL | 35 | MULTIPLE |
| 98 | KAN WEN CHONG & XIU JIN YE, C&K GIFTS | 438 BEACH ST | SAN FRANCISCO, CA | 427 | MULTIPLE |
| 99 | KARTEL WEST | 1204 W 127TH ST | CALUMETPARK, IL | 12 | HANDBAGS |
| 100 | KELLI GRISWELL | 53 EAGLE COVE LANE | ST. CHARLES, MO | 6 | WALLETS |

Louis Vuitton Intellectual Property Department

LOUV02346

2009 Cease and Desist Letters in Response to Customs Seizure Notices                                                                 Page 3 of 5

|     | NAME | ADDRESS | CITY/STATE | # SEIZED | PRODUCT |
| --- | --- | --- | --- | --- | --- |
| 101 | KELLY JOHNSON | 17220 RABBIT ST NW | RAMSEY, MN | 9 | MULTIPLE |
| 102 | KELLY VAN NGO | 1787 AUGUSTA DRIVE W | MOBILE, AL | 16 | MULTIPLE |
| 103 | KENNETH AGBOR | 322 PARK ST | HACKENSACK, NJ | 3 | MULTIPLE |
| 104 | KEVIN R. MARKEY | 101 MAGNOLIA MANOR BLVD | BOUTTE, LA | 3 | HANDBAGS |
| 105 | KIMBERLY BREWER | 136 BOWERY #268 | NEW YORK, NY | 70 | HANDBAGS |
| 106 | KIM HAUT NG | 18875 SW 24TH ST | MIRAMAR, FL | 6 | MULTIPLE |
| 107 | KLYMAN ELIMELECH dba TIP TOP DESIGN | 170 ROSS ST | BROOKLYN, NY | 238 | CASES |
| 108 | KTL INC | 528 N BENTON WAY | LOS ANGELES, CA | 105 | MULTIPLE |
| 109 | KRISTINE JANDVICH | 700 EUBANK BLVD APT 313 | ALBUQUERQUE, NM | 12 | MULTIPLE |
| 110 | KTL INC | 528 N BENTON WAY | LOS ANGELES, CA | 20 | HANDBAGS |
| 111 | FERNANDO DIAS VISEU, FERNANDO DIAS VISEU AND SO WA CHONG VISEU- LA BELLA BOUTUQUE | 430 BEACH ST | SAN FRANCISCO, CA | 31 | WALLETS |
| 112 | LAL NADWANI | 3549 GABLES DR | FAYETTVILLE, NC | 16 | WALLETS |
| 113 | LAN LE PHOUNG | 1107 BRADBURY | GRAND PRAIRIE, TX | 3 | HANDBAGS |
| 114 | LATTANA KANLAYA | 302 E 23RD ST | OWASSO, OK | 1 | ORGANIZER |
| 115 | LAVENDER RUG TRADING CORP | 1430 MAIN ST | BUFFALO, NY | 2000 | HANDBAGS |
| 116 | LI PING NG | 28139 LOS OLAS DR | WARREN, MI | 12 | MULTIPLE |
| 117 | LI XIAN QUAN | 116R ELDRIDGE ST | NEW YORK, NY | 46 | HANDBAGS |
| 118 | LIZ SHIMIZU | 91-1723 ALA LOA ST | EWA BEACH, HI | 18 | MULTIPLE |
| 119 | LIZ ZETIAWAN | 111 MARGUERITA AVE | MONTEREY PARK, CA | 11 | SWINSUITS |
| 120 | LORELEI TEAMORE | 52 EAST BROADWAY | NEW YORK, NY | 73 | HANDBAGS |
| 121 | LOURDES VASQUEZ | 94-695 KUPUNA LOOP | WAIPAHU, HI | 18 | MULTIPLE |
| 122 | LOUVINA RAMSEY | P.O. BOX 6564 | ST. THOMAS, VI | 3 | HANDBAGS |
| 123 | LURDIS HERMOSILLO | 20610 APACHE BLVD | NOGALES, AZ | 1 | HANDBAGS |
| 124 | LYDIA N AQBARAKWE | 8145 HWY 6 S 140 | HUMBLE, TX | 6 | HANDBAGS |
| 125 | MARIA GARCIA | 636 N GLASSELL AVE | ORANGE, CA | - | HANDBAGS |
| 126 | MARLITA PITLER | 4351 BRANDON RIDGE DR | VALRICO, FL | 11 | MULTIPLE |
| 127 | MARY BUCKINGHAM | 10 RUE BIARRITZ | NEWPORT BEACH, CA | 5 | MULTIPLE |
| 128 | MARY GRACE HILE | 700 EUBANK BLVD SE APT 313 | ALBUQUERQUE, NM | 26 | MULTIPLE |
| 129 | MARILYN STANFORD | 24065 ROCKINGHAM ST | SOUTHFIELD, MI | 10 | WALLETS |
| 130 | MAWATOU CEESAY | 5924 RIGGS ROAD | HYATTSVILLE, MD | 1 | WALLETS |
| 131 | MEHMET ILBAK | 1100 WILSHIRE BLVD APT 2503 | LOS ANGELES, CA | 1 | SHOES |
| 132 | MEI ZHEN NI | 7 ALLEN ST. APT 5D | NEW YORK, NY | 46 | HANDBAGS |
| 133 | MICHELLE MEYER | P.O. BOX 805 | UNIVERSAL CITY, TX | 1 | HANDBAGS |
| 134 | MICHELE TALY | 1672 BRUNSWICK AVE SOUTH | ST. LOUIS PARK, MN | 25 | MULTIPLE |
| 135 | MIKE | 132-16 58TH AVE | FLUSHING, NY | 135 | HANDBAGS |
| 136 | MIRANDA B | 300 CARTERET PLACE APT GF-4 | ORANGE, NJ | 5 | MULTIPLE |
| 137 | MOLLY VONGSADY | 601 WHEELER AVE | FORT SMITH, AR | 12 | HANDBAGS |
| 138 | MONICA BOUND SAVATH | 13411 TOMBALL PARKWAY SUITE 4 | HOUSTON, TX | 19 | MULTIPLE |
| 139 | MOUSTAPHA | 82 PEACHTREE MALL BOOTH A | ATLANTA, GA | 38 | BELTS |
| 140 | M PRESSLEY | 2058 MEDARY AVE. | PHILADELPHIA, PA | 2 | BACKPACKS |
| 141 | MUI HOANG | 6930 REGENT LANE | FALLS CHURCH, VA | 101 | MULTIPLE |
| 142 | M WILLIAMS | 98340 KOAUKA LOOP #126 | AIEA, HI | 10 | MULTIPLE |
| 143 | MYRA TRAN | 108 SOUTH CHARM | HOT SPRINGS, AK | 54 | MULTIPLE |
| 144 | NANCY TUMBURRINO | 24941 87TH ST UNIT #1 | SALEM, WI | 1 | HANDBAGS |
| 145 | NECOLE YOUNG | 2736 WILLARD AVE | ROSEMEAD, CA | 17 | JEWELRY |
| 146 | NEKEISHA HEWITT | 4114 MEDICAL DRIVE | SAN ANTONIO, TX | 1 | HANDBAGS |
| 147 | NENE BUBRIG | 110 CLAUSE LANE | LAFAYETTE, LA | 3 | HANDBAGS |
| 148 | NEW YORK SUNGLASSES INC | 117 WEST 29TH ST | NEW YORK, NY | 10800 | SUNGLASSES |
| 149 | NAHED BASSEN HAIFA | 258 BARRETT PLACE | SAN ANTONIO, TX | 6 | HANDBAGS |
| 150 | NANCY PLEARSON | 136 BOWERY #2079 | NEW YORK, NY | 72 | HANDBAGS |

Louis Vuitton Intellectual Property Department

LOUV02347

| # | NAME | ADDRESS | CITY/STATE | # SEIZED | PRODUCT |
|---|------|---------|------------|----------|---------|
| 151 | NICHE INC | 343 E 15TH ST | LOS ANGELES, CA | 10 | HANDBAGS |
| 152 | NORMA SMITH | 300 RANCH ROAD | SOMERSET, TX | 2 | HANDBAGS |
| 153 | OLDA BROWN | 516 WOODBERRY CIRCLE | RAEFORD, NC | 8 | MULTIPLE |
| 154 | OMAR AZAOU | 4701 NW 25TH ST | OKLAHOMA CITY, OK | 26 | MULTIPLE |
| 155 | PACIFIC MIX | 3701 N TYLER AVE | EL MONTE, CA | 721 | HANDBAGS |
| 156 | PAM JONES | 2452 BURTON AVE | WATERLOO, IA | 32 | MULTIPLE |
| 157 | PAM KIRK | P.O. BOX 427 | ANTLERS, OK | 1 | HANDBAGS |
| 158 | PARADISE BISTRO | 568 E BROADWAY | SALEM, NJ | 342 | HOUSINGS |
| 159 | PAKFAR SPORTSWEAR INC | 1155 WALL ST FL2 | LOS ANGELES, CA | 588 | LUGGAGE |
| 160 | PASCAL DEMARQUE | 136 BOWERY #269 | NEW YORK, NY | 75 | HANDBAGS |
| 161 | PATRICK KATETA | 601 E ASH LANE #11206 | EULESS, TX | 4 | MULTIPLE |
| 162 | PAUL LE | 1716 BARRON LANE | FORT WORTH, TX | 9 | MULTIPLE |
| 163 | PAUL WONG | 148-49 HORACE HARDING EXPRESSWAY | FLUSHING, NY | 21 | PHONE ACCESSORIES |
| 164 | THE PAWN SHOP | 509 8TH STREET | SIOUX CITY, IA | 35 | HANDBAGS |
| 165 | PETER WYSOCKI | 2061 21ST PLACE WEST | LYNWOOD, WA | 2 | HANDBAGS |
| 166 | PHILBERT DENIS ENGROVE | 703 ETHAN ALLEN AVE APT 101 | TAKOMA PARK, MD | 27 | MULTIPLE |
| 167 | POLYGOLD INC | 1001 IRVING AVE | RIDGEWOOD, NY | 6700 | HANDBAGS |
| 168 | PUMPKIN TRAIL INC | 460 BERGEN BLVD | PALISADES PARK, NJ | 93 | JEWELRY |
| 169 | QI PAN | 66A MAPLE ST | ROSLYN HEIGHTS, NY | 8090 | MULTIPLE |
| 170 | RANIA SWIDAN | 35738 ANNETTE DR | STERLING HEIGHTS, MI | 28 | MULTIPLE |
| 171 | RCW INTERNATIONAL INC | 201 WEST GARVEY AVE SUITE 102-193 | MONTEREY PARK, CA | 10 | KEYCHAINS |
| 172 | REAL FORTUNE TRADING INC | 58-30 GRAND AVE | MASPETH, NY | 5500 | MULTIPLE |
| 173 | RAYNALDO MANLAPAZ | 950 FOREST HILLS AVE | ANNAPOLIS, MD | 11 | MULTIPLE |
| 174 | REGIS BORDET | 133 HENRY ST APT 1A | NEW YORK, NY | 67 | HANDBAGS |
| 175 | REYADH ALLUHAIBI | 7734 RIVERSIDE DRIVE APT 208F | TULSA, OK | 1 | SHOES |
| 176 | RICHARD JAY MOODY | 12620 SE 28TH AVE | MILWAUKEE, WI | 1 | WALLETS |
| 177 | ROBERT BRIN | 234 DOULTON PLACE ST. | ST LOUIS, MO | 10 | HANDBAGS |
| 178 | ROBERT SIBERT | 47166 SHERSTONE DR | CANTON, MI | 1 | SCARVES |
| 179 | ROKHAYA SMITH | 130 W 28TH ST #1 | MINNEAPOLIS, MN | 19 | MULTIPLE |
| 180 | ROXXANNE ALPHONSO | 87-11 NEWTON RD | JACKSONVILLE, FL | 8 | MULTIPLE |
| 181 | RUN HUA WU dba J.C. FASHION | 215 N KING STREET #702 | HONOLULU, HI | 1 | HAIR ACCESSORIES |
| 182 | SAMIR ASAAD | 6365 DERBY DR | DAVEA, FL | 10 | TIES |
| 183 | SHAWN BAGBY | 9960 DELDIOS HIGHWAY | ESCONDIDO, CA | 24 | MULTIPLE |
| 184 | SIMPLY PERFECT FURNITURE | 2324 MCDONALD AVE | BROOKLYN, NY | 1920 | SHOES |
| 185 | SIRIKANYA TISANTHIAH | 920 HIGH GRADE WAY | FAIRBANKS, AK | 1 | WALLETS |
| 186 | SIYA CHEN | 1 ROBERTA LANE | SYOSSET, NY | 21 | JEWELRY |
| 187 | STANE WOOTEN | 2517 TALCO DR | GRAPEVINE, TX | 2 | WALLETS |
| 188 | MR. SUN | 1089 NEW PARK MALL | NEWARK, CA | 55 | WALLETS |
| 189 | SU YOUNG SEO | 801 SOUTH KING STREET APT #1704 | HONOLULU, HI | 20 | CASES |
| 190 | TAI NGUYEN | 709 TERRACE DR | NEWPORT NEWS, VA | 1 | HANDBAGS |
| 191 | TANYA HUONG TRAN | 11809 SW 3RD ST | YUKON, OK | 45 | MULTIPLE |
| 192 | TENESHIA LANE | 2664 KO UKA LANE | WAHIAWA, HI | 2 | HANDBAGS |
| 193 | TERENCE GARY | 3813 PYRITE DR | ORLANDO, FL | 2 | WALLETS |
| 194 | THOMAS HUNTER | 13005 MONTPELIER CT | WOODBRIDGE, VA | 6 | MULTIPLE |
| 195 | THUY THI PHAM | 30 HIAWATHA ST | SPRINGFIELD, MA | 38 | MULTIPLE |
| 196 | TOMMY LO | 10917 COACHMANS WAY | RALEIGH, NC | 16 | MULTIPLE |
| 197 | TONY | 125-28 QUEENS BLVD | KEWARONS, NY | 36 | HANDBAGS |
| 198 | TUONG VY CAI | 3501 WAGON WHEEL SE | OLYMPIA, WA | 12 | MULTIPLE |
| 199 | TRAN TUYET | 21 KING BRIDGE ROAD STORE #5 | BRONX, NY | 10 | CLOGS |
| 200 | VERONIQUE LENIQUE | 37 EAST BROADWAY | NEW YORK, NY | 49 | MULTIPLE |
| 201 | VEVEE NIKOGHOSSIAN | 1571 PIIKOI ST #401 | HONOLULU, HI | 9 | JEWELRY |

Louis Vuitton Intellectual Property Department

LOUV02348

2009 Cease and Desist Letters in Response to Customs Seizure Notices — Page 5 of 5

| | NAME | ADDRESS | CITY/STATE | # SEIZED | PRODUCT |
|---|---|---|---|---|---|
| 202 | WA HA HA INC | 5107 90TH ST | ELMHURST, NY | 3520 | KEYCHAINS |
| 203 | WEN YOU | 3815 WAYFARER DRIVE | TROY, MI | 6 | JEWELRY |
| 204 | WISDOM DEGREAT | 43410 TOWANAOA DR | COLLEGE PARK, GA | 2 | BELTS |
| 205 | WORLDWIDE IMPORT & EXPORT LLC | 550 HENLEY ST | BIRMINGHAM, MI | 700 | HANDBAGS |
| 206 | XIANCONG HU | 1875 CLOVERDALE DR | ROCHESTER, MI | 24 | MULTIPLE |
| 207 | XUAN HOI DO | 1316 NOTTINGHAM ST | WHITE OAK, TX | 12 | MULTIPLE |
| 208 | YANAN TODD | 3765 WESCOTT COVE | ATLANTA, GA | 10 | HANDBAGS |
| 209 | YE | 4645 N CLARK ST | CHICAGO, IL | 19 | TSHIRTS |
| 210 | YING LIU | 25 ORCHARD ST | NEW YORK, NY | 3 | TOTE BAGS |
| 211 | YINKA AKINDOLIE | 2808 FOXGLOVE WAY | SPRINGDALE, MO | 6 | SHOES |
| 212 | YNC ENTERPRISE INC | 1225 BROADWAY ROOM 301 | NEW YORK, NY | 35400 | SUNGLASSES |
| 213 | YOUNG SUN LEE | 2901 SW 97TH ST | MOORE, OK | 11 | MULTIPLE |
| 214 | YUEN-TSIH WANG | 128 MAYAPPLE TRAIL | LEWISBERG, WV | 10 | JEWELRY |
| 215 | ZHANG HUNFFMAN INC | 906 S VERMONT AVE #301 | LOS ANGELES, CA | 9 | HANDBAGS |
| 216 | ZHEN HUA LI | 1840 HARROW LANE | LANCASTER, PA | 53 | WATCHES |
| 217 | ZI YANG | 2101 GEORGE BOIAROI LANE | ANNAPOLIS, MO | 25 | MULTIPLE |

Louis Vuitton Intellectual Property Department

LOUV02349