UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS VUITTON MALLETIER, S.A.,

        Plaintiff,

v.

HYUNDAI MOTOR AMERICA,

        Defendant.

No. 10 Civ. 1611 (PKC)

### MOTION FOR LEAVE TO WITHDRAW ANGELA LYNN HARRIS AS COUNSEL FOR HYUNDAI MOTOR AMERICA

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") files this Motion for Leave to Withdraw Angela Lynn Harris as Counsel for Defendant Hyundai Motor America ("Hyundai") in the above-captioned case. In support of this motion, Quinn Emanuel states as follows:

1. Ms. Harris entered an appearance for Hyundai on September 22, 2010 (Dkt. 25).

2. Ms. Harris is leaving Quinn Emanuel, effective April 3, 2012.

3. Hyundai remains represented in this action by Quinn Emanuel.

4. Other attorneys from Quinn Emanuel have entered appearances for Hyundai in the above-captioned case.

5. The withdrawal of Ms. Harris will not affect the case schedule in any way.

6. For the foregoing reasons, Quinn Emanuel respectfully requests that this Court grant leave for Angela Lynn Harris to withdraw as counsel for Hyundai.

Dated: New York, New York
April 2, 2012

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

By:   /s/  Julie B. Shapiro
    Robert L. Raskopf
       robertraskopf@quinnemanuel.com
    Julie B. Shapiro
       julieshapiro@quinnemanuel.com
    Todd Anten
       toddanten@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Defendant Hyundai Motor America*