UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS VUITTON MALLETIER, S.A.,
a French Société Anonyme,

        Plaintiff,

    vs.

HYUNDAI MOTOR AMERICA,
a California corporation,

        Defendant.

10 Civ. 1611 (PKC)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-12
```

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Louis Vuitton Malletier, S.A. and Hyundai Motor America, that this action shall be dismissed in its entirety *without* prejudice with leave to reinstate within thirty days if the terms of the Settlement Agreement are not met. The parties agree that, so long as the required conditions in the parties' Settlement Agreement are met, they will subsequently file a stipulation of dismissal *with* prejudice and without costs. With the consent of the Court, the Court shall retain jurisdiction over this case for the limited purpose of entering a subsequent stipulation of dismissal *with* prejudice and enforcing the parties' Settlement Agreement.

DATED: July 5, 2012

Respectfully Submitted,

PLAINTIFF LOUIS VUITTON MALLETIER, S.A.,

By: _____
      One of its Attorneys

Robert E. Shapiro (admitted *pro hac vice*)
Shermin Kruse (admitted *pro hac vice*)
Vito S. Solitro (admitted *pro hac vice*)
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (facsimile)
rob.shapiro@bfkn.com
shermin.kruse@bfkn.com
vito.solitro@bfkn.com


Mark C. Zauderer
Jonathan D. Lupkin
FLEMMING ZULACK
WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderen@fzwz.com
jlupkin@fzwz.com

DEFENDANT HYUNDAI MOTOR AMERICA

By: _____
      One of its Attorneys

Robert L. Raskopf
Jessica Rose
Todd Anten
Julie B. Shapiro
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100
robertraskopf@quinnemanuel.com
jessicarose@quinnemanuel.com
toddanten@quinnemanuel.com
julieshapiro@quinnemanuel.com

SO ORDERED

USDJ
7-5-12